# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,** ) | **Case No. _____** |
| ) | |
| **Petitioner,** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JAIMEE MUÑOZ** ) | |
| ) | |
| **Defendant.** ) | |

## INDEX OF EXHIBITS TO COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER

The following exhibits are attached to and incorporated by reference in the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff Priscila Ferreira d/b/a DePris Inc. The exhibits are organized chronologically where possible, with a focus on demonstrating Plaintiff's creation and funding of the Glow-Unique brand, the informal nature of the partnership, Defendant's misappropriation of assets and funds, unauthorized sales, and defamation. Each exhibit is labeled sequentially and includes a brief description of its content and relevance.

**Exhibit A: Text Messages Between Ferreira and Munoz About Partnership**

Description: Text messages discussing the informal partnership arrangement, with no mention of a formal written agreement.

- Relevance: Demonstrates the lack of a formal operating agreement and the informal nature of the business relationship.
- Page Count: 1

**Exhibit B: Wise Wire Transfers to Vendors**

Description: Wise US Inc. USD statement from January 11, 2025, to November 11, 2025, showing transfers from DePris Inc. to vendors such as Heal Link Korea ($4,492.00 on August 4, 2025), Korestetics Global Ltd. ($4,466.19 on April 29, 2025), and Ibragimov Botir Bak-Htiyarovich ($4,492.36 on April 29, 2025), totaling significant investments.

- Relevance: Proves Plaintiff's sole funding of business assets and products.

- Page Count: 2

**Exhibit C: Healink Invoice from Ferreira to Glow Unique**

Description: Proforma invoice dated August 18, 2025, from Heal Link Co., Ltd. to Priscila Ferreira for Revitalrex products ($6,000.00 subtotal, plus $140.00 delivery, grand total $6,140.00).

- Relevance: Evidence of Plaintiff's purchase of inventory shipped to Defendant for Glow-Unique.
- Page Count: 1

**Exhibit D: Reviltalex Product Procured by Ferreira Being Sold and Shipped by Glow Unique**

- Description: Documentation of Reviltalex product purchased by Plaintiff on August 18, 2025, being sold and shipped by Glow Unique on August 21, 2025.
- Relevance: Shows Defendant's unauthorized sale of inventory funded by Plaintiff.
- Page Count: 1

**Exhibit E: Zelle Payment $5,000 from DePris to Glow Unique**

Description: Zelle payment confirmation of $5,000 from DePris to Glow Unique on August 24, 2025.

- Relevance: Additional proof of Plaintiff's financial contributions to the business.
- Page Count: 1

**Exhibit F: Zelle Payment $6,410 from DePris to Jamie Munoz**

Description: Zelle payment confirmation of $6,410 from DePris to Jamie Munoz on August 24, 2025.

- Relevance: Further evidence of Plaintiff's unreimbursed investments directed to Defendant.
- Page Count: 1

**Exhibit G: Defamation of Ms. Ferreira by Ms. Munoz on Discord**

Description: Screenshots of Discord posts by Defendant implying Plaintiff is impersonating or misleading customers.

- Relevance: Supports defamation claim and shows harm to Plaintiff's reputation.
- Page Count: 1

**Exhibit H: Notice of Intent to Pursue Legal Action**

Description: Letter dated October 28, 2025, from Priscila Ferreira to Jaimee Munoz and Haily Osark, detailing misconduct including misappropriation of funds, unauthorized access, and breach of fiduciary duty, with verified hard costs totaling $50,335.00.

- Relevance: Establishes Plaintiff's initial demand and evidence of investments and violations.
- Page Count: 4

**Exhibit I: Cease and Desist Letter**

- Description: Cease and Desist letter dated November 2, 2025, from Jonatas Silva to Jaimee Muñoz, demanding immediate cessation of unauthorized use of the Glow-Unique brand, removal of assets, stop of sales, and compliance within 7 business days.
- Relevance: Formal pre-litigation demand establishing notice to Defendant of the violations.
- Page Count: 3

These exhibits are true and correct copies of the originals. Total exhibit pages: 15.

Dated: November 24, 2025

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net
Counsel for Plaintiff

# Exhibit A

## Text Messages Between Ferreira and Munoz About Partnership





# Exhibit B:
# Wise Wire Transfers to Vendors



**Wise US Inc.**
30 W 26th Street, Floor 6
New York
NY
10010
United States

# USD statement

## January 11, 2025 [GMT−05:00] − November 11, 2025 [GMT−05:00]

Generated on: November 11, 2025

### Account Holder

Depris Inc
1910 Thomes Avenue
Cheyenne
WY
82001
United States

### USD on November 11, 2025 [GMT−05:00]                     0.36 USD

| Description | Incoming | Outgoing | Amount |
|---|---|---|---|
| Sent money to HEALINK KOREA | | -4,492.00 | 0.36 |
| August 4, 2025 │ Transaction: TRANSFER-1659672287 │ Reference: Pn plus | | | |
| Sent money to KORESTETICS GLOBALLTD | | -4,466.19 | 4,492.36 |
| April 29, 2025 │ Transaction: TRANSFER-1517460344 │ Reference: Drop ship gift b n masks | | | |
| Wise Charges for: TRANSFER-1517460344 | | -26.17 | 8,958.55 |
| April 29, 2025 │ Transaction: FEE-TRANSFER-1517460344 │ Reference: Drop ship gift b n masks | | | |
| Topped up account | 4,500.00 | | 8,984.72 |
| April 29, 2025 │ Transaction: TRANSFER-1517459628 | | | |
| Wise Charges for: TRANSFER-1517459628 | | -7.64 | 4,484.72 |
| April 29, 2025 │ Transaction: FEE-TRANSFER-1517459628 | | | |
| Sent money to Ibragimov Botir Bak-Htiyarovich | 4,492.36 | | 4,492.36 |
| April 29, 2025 │ Transaction: TRANSFER-1517392257 │ Reference: Gift boxes drop ship masks | | | |
| Sent money to Ibragimov Botir Bak-Htiyarovich | | -4,492.36 | 0.00 |
| April 29, 2025 │ Transaction: TRANSFER-1517392257 │ Reference: Gift boxes drop ship masks | | | |
| Topped up account | 4,500.00 | | 4,492.36 |
| April 29, 2025 │ Transaction: TRANSFER-1517391700 | | | |
| Wise Charges for: TRANSFER-1517391700 | | -7.64 | -7.64 |
| April 29, 2025 │ Transaction: FEE-TRANSFER-1517391700 | | | |
| Wise bank details acquisition | | -31.00 | 0.00 |
| April 21, 2025 │ Transaction: BANK_DETAILS_ORDER_CHECKOUT-invoice-17061400 | | | |



Topped up account                                                    31.00                    31.00

April 21, 2025 │ Transaction: TRANSFER-1506447957

For any questions, call us at +1-844-926-4389, or direct inquiries to Wise US Inc. at 30 W 26th St, New York, NY 10010.

Need help? Visit **wise.com/help**

# Exhibit C:
## Healink Invoice from Ferreira to Glow Unique



| Invoice No: | Healink (PI)_2025080403 |
| --- | --- |
| Invoice Date: | 2025-08-18 |

# Proforma Invoice

| Shipper/Exporter: | | Buyer/Importer | |
| --- | --- | --- | --- |
| HEALINK CO., LTD.<br>#255, 207 Gurojungang-ro, Guro-gu, Seoul, Republic of Korea | | Order/Date | (PI)_2025080403/ 2025-08-18 |
| | | Customer PO/date | 2025-08-18 |
| | | Customer | Priscila Ferreira. |
| Postal Code : 08216 | | Order taken by | Priscila Ferreira. |
| Mobile : (+82) 10 4569 1039 | | Order placed by | Priscila Ferreira. |
| E-mall : nathan.choi777@gmail.com | | | |
| Consignee: | | Terms & Conditions | |
| Priscila Ferreira, Jaimee Muñoz | | Shipping Terms | EXW |
| 28 First Street #1 Webster MA 01570 USA, | | Invoice validity | 1 Week |
| 1058 Arvida Spur Rd. Rocky Point, NC 28457 USA | | Warranty | 1 Year |
| Postal code : 01570, 28457 | | Payment Terms | 100% T/T in advance |
| Mobile : (+1) 978-618-8761, 910-515-3405 | | Delivery terms | By Air (after payment is completed) |
| E-mail : priscilanferreira@icloud.com | | HS CODE | 3304999000 |

| ITEM | GOODS DESCRIPTION | QTY(Box) | UNIT PRICE | SUB TOTAL |
| --- | --- | --- | --- | --- |
| 1 | Revitalrex | 100 | $60.00 | $6,000.00 |
| | | | Sub total | $6,000.00 |
| | Delivery cost | | | $140.00 |
| | Country of Origin: South Korea | | Grand total | $6,140.00 |

**BANKING INFORMATION:**

| | |
| --- | --- |
| Beneficiary Name: | HEALINK CO., LTD. |
| Bank Name: | INDUSTRIAL BANK OF KOREA |
| Account Number: | 147-118396-56-00018 |
| Bank Address: | 215, GUROJUNGANG-RO, GURO-GU, SEOUL, REPUBLIC OF KOREA. |
| Swift Code: | IBKOKRSEXXX |

HEALINK CO., LTD.
#255, 207, Gurojungang-ro, Guro-gu,
Seoul, Republic of Korea

Accepted by:                                                              Nathan Choi / Healink Co., Ltd.

**CONDITIONS:**
1) Any bank fees incurred for the payment of this invoice are the sole responsibility of your company.
2) Prices in US Dollars.
3) Buyer is solely responsible for transportation, customs clearance and regulatory approval.

# Exhibit D:
## Reviltalex Product Procured by Ferreira Being Sold and Shipped by Glow Unique



**FedEx.**

Tracking ID: 883673210853

✅ Delivered
Thursday, 8/21/25 at 1:04 PM

Signed for by: Signature not required

→ View more details
⬇ Obtain proof of delivery
🗎 Report missing package

From
SEOUL-SI GURO-GU, KR

To
ROCKY POINT, NC US



Glow-Unique LLC

Welcome to our store

GLOW-UNIQUE LLC
Revitalex (3ml x 5 vials)
$85.00 USD

리비탈렉스주
(폴리데옥시리보뉴클레오티드나트륨)
Huons Humedix

glow-unique.com



9:00

✅ Delivered

883673210853

Delivered

Your package was delivered successfully to the addressee. FAQS ›

Time of delivery: August 21, 2025

The carrier does not provide map to display.

South Korea ⟶ United States

**Tracking Info**    Translate ⚪

**FedEx** ›
United States - Telephone number: +1 800-463-3339

● **Delivered**
ROCKY POINT, NC, US 28457
August 21, 2025 13:04
Sync Time: November 21, 2025 21:00:26 (GMT-05:00)

● On FedEx vehicle for delivery
WILMINGTON, NC, US 28405
August 21, 2025 08:22

● At local FedEx facility
WILMINGTON, NC, US 28405
August 21, 2025 08:19

● At destination sort facility
RALEIGH, NC, US 27623
August 20, 2025 18:40

● Departed FedEx hub
MEMPHIS, TN, US 38118
August 20, 2025 16:09

# Exhibit E:
# Zelle Payment $5,000 from DePris to Glow Unique

6:39

**151**

🏢 **Bank of America**                8/24/25
To: info@deprisinc.com ›
Reply To: Bank of America ❓ ›

## Zelle® payment of $5,000.00 to Glow Unique has been sent



**BANK OF AMERICA**

✓

Zelle® payment of
$5,000.00 to Glow Unique
has been sent

Sent from account                **ending in 2478**

To                               **info@glow-unique.com**

**View your balance**

Confirmation                      **hi1ybukon**

🗑                📁                ↩                ✏

Re: ✨ Mend. Restore. Rebuild — From the Core O...

# Exhibit F:
# Zelle Payment $6,410 from DePris to Jamie Munoz

6:41

151

Found in info@deprisinc.com Inbox

**Bank of America**                           8/24/25
To: info@deprisinc.com ›
Reply To: Bank of America ❓ ›

## Zelle® payment of $6,410.00 to Jaimee Munoz has been sent



BANK OF AMERICA

✓

Zelle® payment of
$6,410.00 to Jaimee
Munoz has been sent

Sent from account          **ending in 2478**

To                          **910-515-3405**

**View your balance**

Re: ✨ Mend. Restore. Rebuild — From the Core O...

# Exhibit G:
# Defamation of Ms. Ferreira by Ms. Munoz on Discord



# 💬 —chit-chat ⌄

**@Mrsjmuñoz** I am very anti drama. I understand there is some upset feelings and although I can't discuss I understand the need to vent so we can heal and move on as a community stronger.

**-SK** Yesterday at 7:45 PM
I don't like drama for the sake of drama, but I have strong feelings on right and wrong and ways to treat our friends and fellow humans. I think it is important to call it out, so thanks for the venting time! ❤️

👥 4    🙂

**@Mrsjmuñoz** I am very anti drama. I understand there is some upset feelings and although I can't discuss I understand the need to vent so we can heal and move on as a community stronger.

**Jacy130** Yesterday at 8:09 PM
I don't like drama either, and don't know what happened here. I did get the email also though. Was any other information pirated with the email list? Did she have access to names and addresses, any payment information, payment transaction info? Again, not asking to cause drama. I just want to understand what was compromised and what my risk is? Thanks.

**@Jacy130** I don't like drama either, and don't know what happened here. I did get the email also though. Was any other information pirated with the email list? Did she have access to names and addresses, any payment information, payment transaction info? Again, not asking to cause drama. I just want to understand ...

**Mrsjmuñoz** Yesterday at 8:21 PM
Great questions! I completely understand your concern. The email you received was not from us, but from Pri, a former team member who is no longer affiliated with Glow Unique in any way.

Unfortunately, she has complete access to our former website and email list as they were connected. At this time, there's no indication that any private payment information was accessed as that is handled with the CC company directly. We're taking this very seriously and will update everyone as soon as we know more.

In the meantime, please disregard and report any emails or messages claiming to represent Glow Unique that don't come from our official channels.

Thank you for your patience and understanding while we work through this.

🤯 3    🙂

**Peppy** Yesterday at 8:24 PM
I'm going to be honest. I pretty much stopped ordering once her name was associated with this group. She and the last group she was in...( we all know who) was a shitshow. Anytime I see her pop up, I pop out. I'm glad she's gone. Now I can resume with this group. I was looking for a specific product, and once I found out I'd have ti deal with her, I was not doing it. I'd rather go without.

I got the email and unsubscribed.

💯 5    🙂

**Pepperdog** Yesterday at 8:32 PM

➕ 🎮 🎁    Message #💬 —chit-chat    🙂    ➤

# Exhibit H:
# Notice of Intent to Pursue Legal Action

**Delivered via email, WhatsApp message, Discord message, and text message.**
A certified letter requiring signature for receipt of this demand notice will also be sent.
If no written response is received within seven (7) days of this notice, formal civil and criminal proceedings will commence.

# NOTICE OF INTENT TO PURSUE LEGAL ACTION

**Date:** October 28, 2025
**From:** Priscila Ferreira
**To:** Jaimee Munoz and Haily Osark

Dear Jaimee and Haily,

Be advised that I have already interviewed legal counsel and, depending on your response and actions, I will likely be retaining **Solomon Advisors**, a Boston-based firm, to handle this matter and initiate legal proceedings. This serves as a formal notice of my intent to pursue legal action regarding the ongoing misconduct involving our business operations, financial accounts, and intellectual property.

At this time, I have substantial evidence indicating that funds, assets, and materials belonging to the business have been mishandled, including:
• Destruction and unauthorized modification of my website and related digital assets that I personally paid for and developed.
• Unauthorized access to and use of business accounts and data, including Jotform materials.
• Withholding of physical inventory and products purchased with **business funds and my personal funds**.
• Misappropriation of nearly six figures' worth of funds from the business bank account designated for sales revenue.

Additionally, I was deliberately removed from access to the business bank account and payment processors, preventing me from viewing or verifying business transactions. Based on the records I have, there have been at least three recent deposits:
• October 26: $5,212.00
• October 27: $199.55
• In transit: $618.91

These are in addition to prior business sales totaling approximately **$60,000**, including **$3,000** currently held in the business savings account. Removing my access and concealing these funds is a direct breach of fiduciary duty and Georgia partnership law.

Furthermore, Jaimee's actions appear to constitute multiple violations under Georgia

partnership and business law, including but not limited to:

• Breach of fiduciary duty – failure to act in good faith and in the best interest of the partnership.

• Conversion and misappropriation of partnership funds – unauthorized use or transfer of business funds for personal benefit.

• Breach of partnership agreement – unilateral control over partnership assets and operations without consent.

• Destruction of partnership property – deliberate deletion and tampering with digital assets and website materials.

• Failure to account for partnership property – refusal to provide transparency or financial disclosure to the partner.

In addition to these violations, I have more than sufficient evidence that **Haily Osark** accessed my personal **Jotform** account without authorization, duplicated proprietary business forms, and deleted multiple original submissions and entries that were not her property to delete. These actions represent unauthorized tampering, destruction of data, and misappropriation of intellectual property.

The verified **hard costs** associated with this business total **$50,335.00**. This amount represents my original investment — an investment that both **Jaimee Munoz** and I mutually agreed to allocate toward website design, product purchasing, and startup operations — along with additional reinvestments made from business sales proceeds accumulated since the website launch on Labor Day.

In addition, I personally paid **$830 in tariffs** for the eye-patch shipment and have not been reimbursed for that expense. Apart from that single box of eye patches currently in my possession, **I do not hold any other company assets or products**. All inventory and purchased materials were delivered directly to **Jaimee Munoz** and **Haily Osark**, and both of you currently hold the entirety of the business products and supplies.

You may retain those products, as I have no way to verify the side businesses or personal sales that may have occurred outside the primary operation. My access to **ShipStation** was also revoked, preventing me from viewing or verifying shipping data or charges incurred, further concealing the full scope of business transactions and shipments.

## Exhibit A – Verified Hard Costs

| Description | Amount (USD) |
|---|---|
| Web Hosting | $180 |

| | |
|---|---|
| Mail Poet | $195 |
| Variation Shared Inventory | $49 |
| Shippo | $0.00 |
| Weglot | $320 |
| Website Building Cost | $2,086 |
| CRYPTO Steve Website Setup | $400 |
| Bundles Plugin | $140 |
| Discord Server Boosts (Glow Badge) | $600 |
| Sardenya PN (100 boxes) | $2,895 |
| Wise Balance Transfer to Nathan | $1,600 |
| 22 Bijutox (per Jaimee's request) | $440 |
| Glutanex | $2,150 |
| Leafs | $17,250 |
| Serums for Leafs | $3,600 |
| Nathan Revitalex | $6,150 |
| Zelle from Sister for peptide.  Sent funds to GU | $950 |
| Wire from DePris for GU Expenses | $5,000 |
| Zelle for Quiver Medical | $6,410 |
| Eye Patch Tariff Payment | $830 |
| Total Verified Hard Costs | $50,335.00 |

**Additional Inventory and Reimbursement Notice:**

There are also additional products and inventory items that were sent directly to **Jaimee Munoz** and **Haily Osark** from **Deb** and **Steve**, which are **not included** in my verified hard cost total of **$50,335.00**. As both of you currently hold these products, I am also seeking **full reimbursement** for the value of that additional inventory, as it was purchased and shipped for business use and remains in your possession.

All of these costs are supported by invoices, receipts, and payment confirmations, which will be provided to my attorney for verification and inclusion in the case file. If this matter is not

resolved promptly and my original verified hard costs are not reimbursed, I will be pursuing full restitution and **all additional damages I am entitled to under the law**, including compensation for creative and promotional work (TikTok content, branding, graphics, and Discord community management), attorney fees, court costs, and future profits and projected sales revenue generated from products and intellectual property I created or funded.

This situation has caused significant financial and emotional harm. I had no intention of taking legal action, but the continued withholding of funds, destruction of property, and concealment of data leaves me no choice.

Sincerely,
**Priscila Ferreira**
*Glow-Unique.com*
Email: _____Priscila@glow-unique.com._____ • Phone: _____(978)618-8761_____

**cc:** Jaimee Munoz • Haily Osark

# Exhibit I:
## Cease and Desist Letter



Jonatas Silva
Phone: (857) 891-3628
Jonatas@solomonsadvisors.net

www.solomon-advisors.com

11/02/2025

Jaimee Muñoz
1058 Arvida Spur Rd.
Rocky Point, NC 28457-8338
Email: mrsjmunoz@me.com

**RE: Cease and Desist: Unauthorized Use of "Glow-Unique" Brand, Intellectual Property, and Assets**

Dear Ms. Muñoz:

        This firm represents Priscila Ferreira in connection with her ownership and rights in the "Glow-Unique" brand, associated intellectual property, and related business assets. If you are represented by legal counsel, please direct this letter to your attorney immediately and have your attorney notify us of such representation.

        This letter serves as a formal demand that you immediately cease and desist from all unauthorized activities related to the Glow-Unique brand, including but not limited to the use of its name, logo, tagline, creative materials, and the sale or disposition of associated products and inventory.

        Ms. Ferreira is the creator and rightful owner of the Glow-Unique brand, including its name, logo, tagline, product descriptions, website content, graphics, and community assets such as Discord emojis, glow badges, and banners. These materials were developed and funded solely by Ms. Ferreira, as evidenced by, invoices, receipts, payment confirmations, a spreadsheet detailing store sales, and text messages confirming her contributions. Additionally, Ms. Ferreira personally invested over $50,335.00 in verified hard costs for the business, including product purchases, website development, and operational expenses, as detailed in the Notice of Intent to Pursue Legal Action dated October 28, 2025, which was previously delivered to you via email, WhatsApp, Discord, text message, and certified mail.

        Despite the demands outlined in that notice, you have continued to engage in unauthorized conduct, including attempting to sell inventory that was purchased and paid for by Ms. Ferreira and shipped directly to you. Proof of these purchases and deliveries is available and will be produced in any legal proceedings. Your actions constitute violations of intellectual property laws, as well as misappropriation of assets, breach of fiduciary duty, and unfair competition under applicable state and federal laws.

**Demands**

To avoid immediate legal action, you must comply with the following demands within **seven (7) business days** of receipt of this letter:

1. **Immediate Cessation of Brand Use**: Cease all use of the Glow-Unique name, logo, tagline, and any other brand identifiers across all platforms, including websites, social media, Discord communities, and any other digital or physical mediums. You must also immediately stop operating, promoting, or managing any community or business activity under the Glow-Unique name.

2. **Removal of Creative and Digital Assets**: Remove and discontinue all use of the Glow-Unique name, logo, tagline, branding materials, product descriptions, website content, graphics, Discord or community assets (such as emojis, glow badges, and banners), and any other materials created or funded by Ms. Ferreira. You have no right or authorization to use, modify, or profit from these materials.

3. **Cessation of Unauthorized Sales**: Immediately stop selling, distributing, or profiting from any products or inventory purchased by Ms. Ferreira, including those shipped directly to you. Provide a written accounting and confirmation of all remaining inventory in your possession, including quantities, locations, and any sales conducted since October 28, 2025.

4. **Cessation of Access to Bank Account**: Immediately cease all access to, transfers from, or withdrawals from the Glow-Unique bank account. This account contains proceeds from sales of products funded by Ms. Ferreira, and any further use may constitute misappropriation of assets.

5. **Protection of Reputation**: Refrain from making any slanderous, defamatory, or false statements about Ms. Ferreira personally or professionally, including within the Glow-Unique community, on social media, or in any other forum. Any such conduct will be pursued as defamation.

6. **Confirmation of Compliance**: Provide written confirmation to this firm, via email or certified mail, that you have fully complied with all of the above demands and have ended all activity connected to Glow-Unique. This confirmation must include details of steps taken to comply, such as removal of digital assets and an inventory accounting.

Failure to comply with these demands within the specified timeframe will result in the commencement of legal proceedings against you, including but not limited to claims for intellectual property infringement, misappropriation of trade secrets, breach of contract, conversion, unfair competition, and defamation. Ms. Ferreira will seek all available remedies, including injunctive relief to halt your activities, compensatory and punitive damages, disgorgement of profits, attorney's fees, and court costs.

This letter does not constitute a complete or exhaustive statement of Ms. Ferreira's claims or rights, all of which are expressly reserved. Nothing herein should be construed as a waiver of any rights or remedies available under law.

Respectfully,

Jonatas M Silva Esq.
Attorney Licensed in MA, NH, NY
& Federal District Court
Solomon's Advisors LLC
10 Paris St. Boston MA 02128