UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **JAIMEE MUÑOZ** ) <br> ) <br> **Defendant.** ) | Case No. _____ |

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Priscila Ferreira d/b/a DePris Inc. respectfully moves this Court for a temporary restraining order ("TRO") and preliminary injunction against Defendant Jaimee Muñoz to preserve the status quo and prevent irreparable harm pending resolution of this action.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law in Support, the Declaration of Priscila Ferreira (with exhibits), and a Proposed Order. Plaintiff requests that the TRO be issued ex parte, as immediate and irreparable injury will result before Defendant can be heard, and prior notice may prompt further dissipation of assets. As detailed in the Declaration, efforts to notify Defendant via prior demands have resulted in only partial compliance, with ongoing unauthorized sales and use of Plaintiff's assets.

Plaintiff certifies that, pursuant to Local Rule 7.1(a)(2), counsel has not conferred with Defendant or her counsel, as Defendant's prior counsel's response to the cease-and-desist was received indirectly and ignored key demands, raising concerns that conferral would lead to asset concealment. No bond or security is required, as Plaintiff's likelihood of success is high, and Defendant's conduct is willful.

Plaintiff requests an expedited hearing on the preliminary injunction if the TRO is granted.

Dated: November 24, 2025

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net
Counsel for Plaintiff