UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,** | ) Case No. _____ <br> ) <br> ) |
| Petitioner, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| **JAIMEE MUÑOZ** | ) <br> ) |
| Defendant. | ) |

**PROPOSED TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's Motion, Declaration, Memorandum, and Exhibits, it is ORDERED:

1. Defendant is enjoined from using the Glow-Unique name, logo, or assets; operating under the brand; selling or profiting from Plaintiff's inventory; accessing or transferring from the bank account; and making defamatory statements.
2. Defendant shall provide a written accounting of inventory (quantities, locations, sales since October 28, 2025) and bank activity within 48 hours.
3. Defendant shall retract defamatory statements in the Discord community.
4. This Order is effective immediately upon issuance and shall remain in effect for 14 days or until further order. No bond is required.
5. A hearing on the preliminary injunction is set for [Date/Time].

SO ORDERED.

Date: _____  United States District Judge