**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRISCILA FERREIRA, d/b/a DEPRIS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAIMEE MUÑOZ, <br><br> Defendant. | Civil Action No. 4:25-cv-40195-MRG |

**NOTICE OF APPEARANCE**

Please notice my appearance as counsel for Defendant Jaimee Muñoz in the above-captioned case.

                                                  Respectfully submitted,

                                                  */s/ Alexandra Arnold*
                                                  Alexandra Arnold (BBO #706208)
                                                  aarnold@clohertysteinberg.com
                                                  CLOHERTY & STEINBERG LLP
                                                  One Financial Center, Suite 1120
                                                  Boston, MA 02111
                                                  617-481-0160

Dated: December 12, 2025