UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRISCILA FERREIRA, d/b/a DEPRIS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAIMEE MUÑOZ, <br><br> Defendant. | Civil Action No. 4:25-cv-40195-MRG |

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Rules 12(b)(1), 12(b)(6), and 8(a) of the Federal Rules of Civil Procedure, Defendant Jaimee Muñoz respectfully moves this Court for an order dismissing Plaintiff Priscilla Ferreira's Complaint in this action with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

                                                                                                    Respectfully submitted,

                                                                                                    */s/ Alexandra Arnold*
                                                                                                    Alexandra Arnold (BBO #706208)
                                                                                                    aarnold@clohertysteinberg.com
                                                                                                    Daniel J. Cloherty (BBO #565772)
                                                                                                    dcloherty@aarnold.org
                                                                                                    CLOHERTY & STEINBERG LLP
                                                                                                    One Financial Center, Suite 1120
                                                                                                    Boston, MA 02111
                                                                                                    617-481-0160

Dated: December 29, 2025

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Muñoz respectfully requests oral argument on this Motion on the grounds that such oral argument may assist the Court in its consideration of the issues presented in this Motion.

/s/ *Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that on December 15, 2025, I conferred by telephone with counsel for Ferreira in an attempt to narrow or resolve the issues raised in this Motion. Ferreira does not assent to the relief sought herein.

/s/ *Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE OF SERVICE

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on December 29, 2025.

/s/ *Alexandra Arnold*
Alexandra Arnold