# EXHIBIT A

CONTACT US 24/7 1-480-505-8877

# Receipt

№ <u>3809595952</u>

**DATE:**
7/8/2025

**CUSTOMER #:**
665391852

**BILL TO:**
Jaimee Munoz
Not Requested,
Not Requested, Georgia 30571,
United States
<u>+1.9105153405</u>

**PAYMENT:**

| | |
|---|---:|
| MasterCard •••• | $30.38 |

| | |
|---|---:|
| **Previous Balance** | $30.38 |
| **Received Payment** | ($30.38) |
| **Balance Due (USD)** | **$0.00** |

| Term | Product | Amount |
|---|---|---:|
| 2 yrs | .COM Domain Registration | $29.98 |
| | glow-unique.com [1] | |
| | | $34.98 |
| | Discount | −$5.00 |

|  |  |
|---|---|
| Discount | -$5.00 |
| **Subtotal** | **$29.98** |
| Taxes | $0.00 |
| Fees | $0.40 |
| **Total (USD)** | **$30.38** |

**REFERENCE**

| Taxes | $0.00 |
|---|---|

GoDaddy.com, LLC  $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| Fees | $0.40 |
|---|---|
| 1.  ICANN | $0.40 |
|     glow-unique.com | $0.40 |

Universal Terms of Service