# EXHIBIT C

**From:** Jaimee Munoz <mrsjmunoz@me.com>
**Date:** July 25, 2025 at 9:05:21 PM EDT
**To:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Subject: Re: Registering a S Corp for my friend**

Thank you! Paid!

Sent from my iPhone

On Jul 25, 2025, at 6:42 PM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Hi Jaimee, I enclosed the login link below. You can use your email address and password. Thanks!

https://ems.incorp.com/login

**Mike Bertrand** | Inside Sales

9107 West Russell Rd, Suite 100, Las Vegas, NV 89148-1233

800-246-2677 | 702-866-2689 fax | mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal advice is required, we recommend that you seek the services of an attorney. For more information, see our Terms of Service.

**From:** Jaimee Munoz <mrsjmunoz@me.com>
**Sent:** Friday, July 25, 2025 2:10 PM
**To:** Pri F. <priscila@deprisinc.com>
**Cc:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Subject:** Re: Registering a S Corp for my friend

Hi, thank you so much for all of your help. I'm not finding where to log in, only to create an account to pay the invoice on the link provided.

Please advise, thanks again!

Sent from my iPhone

On Jul 25, 2025, at 2:05 PM, Pri F. <priscila@deprisinc.com> wrote:

Hi, can you please proceed and do what needs to be done? I am including my friend in the email. She does not know where she goes to pay the invoice. I am actually driving to a destination that's why I'm not taking care of it immediately, but please proceed with what needs to be done as we need this yesterday. I appreciate your help.

Pri

Sent from my iPhone

On Jul 25, 2025, at 1:16 PM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Hi Priscila,

Please find the attached Unpaid Invoice # **3866481** for Georgia Formation Order

You can remit payment via your **Online Account** at Incorp.com (Simply go to your "**Accounting Tab**")

My orders department may be contacting you if any additional information as required.

Please retain my name **'Mike Bertrand'** on any future Online Orders!

Or contact me directly at 1-800-246-2677 Ext **6511**

Thanks again!

**Mike Bertrand** | Inside Sales

3773 Howard Hughes Pkwy, Suite 500S, Las Vegas, NV 89169-6014

800-246-2677 **ext 6511** | 702-866-2689 fax |mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal advice is required, we recommend that you seek the services of an attorney. For more information, see our Terms of Service.

**From:** Pri F. <priscila@deprisinc.com>
**Sent:** Friday, July 25, 2025 9:38 AM
**To:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Subject:** Re: Registering a S Corp for my friend

Yes, you can proceed. Thank you.

Sent from my iPhone

On Jul 25, 2025, at 10:53 AM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Hi Pri,

It needs to be registered as either an "LLC" or a "Corp" first, before we can apply for an S-Corp Election within 75 days of the file date.

So, I will go with Glow-Unique LLC if she prefers. Please let me know if I can proceed.

Regards,

**Mike Bertrand** | Inside Sales

9107 West Russell Rd, Suite 100, Las Vegas, NV 89148-1233

800-246-2677 | 702-866-2689 fax | mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal advice is required, we recommend that you seek the services of an attorney. For more information, see our Terms of Service.

**From:** Pri F. <priscila@deprisinc.com>
**Sent:** Friday, July 25, 2025 5:20 AM
**To:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Subject:** Re: Registering a S Corp for my friend

Since it's an s Corp llc has to be next to the name, correct? Is there any other information you need from her?

Sent from my iPhone

On Jul 24, 2025, at 1:13 PM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Hi Priscila,

RE: Account # 528375

Please provide confirm the business name so I can create the invoice: Glow-Unique LLC

Thanks!

**Mike Bertrand** | Inside Sales

9107 West Russell Rd, Suite 100, Las Vegas, NV 89148-1233

800-246-2677 | 702-866-2689 fax | mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal advice is required, we recommend that you seek the services of an attorney. For more information, see our Terms of Service.

**From:** Pri F. <priscila@deprisinc.com>
**Sent:** Thursday, July 24, 2025 5:39 AM
**To:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Subject:** Re: Registering a S Corp for my friend

She did create the account! The name of the business is glow-unique. I am also attaching her drivers license.

Sent from my iPhone

On Jul 23, 2025, at 5:33 PM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Ok, Thanks Pricilia!

Please find the breakdown below for Georgia.

Georgia State fee-**$100,** Incorp Doc Prep Fee-**$99**, Registered Agent Service (per year) **$129**, Shipping Fee **$18**

(We can also obtain the EIN for **$69** additional Fee)

Please create an **Online Account with Incorp Services**: Click this link > https://ems.incorp.com/new-account

1. Email the **Account Number** back to me!
2. Please let me know the **"Business Name"** (Corp or LLC)
3. I will generate an unpaid invoice for you to review and remit payment.

You may also contact me at **1-800-246-2677** ext. **6511** if you should have any additional questions.

Regards,


**Mike Bertrand** | Inside Sales

9107 West Russell Road Suite 100, Las Vegas, 89148-1233

800-246-2677 | 702-866-2689 fax | mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal advice is required, we recommend that you seek the services of an attorney. For more information, see our Terms of Service.

---

**From:** Pri F. <priscila@deprisinc.com>
**Sent:** Wednesday, July 23, 2025 2:27 PM
**To:** Mike Bertrand <Mike.Bertrand@incorp.com>
**Cc:** mrsj@glow-unique.com
**Subject:** Re: Registering a S Corp for my friend

Actually, she lives in Georgia!  That is where the corporation is getting registered.

Thank you again for the quick reply.

Pri

Sent from my iPhone

---

On Jul 23, 2025, at 5:21 PM, Mike Bertrand <Mike.Bertrand@incorp.com> wrote:

Hi Priscila,

Good you hear from you again!

Please find the breakdown of fees required for the business formation services being requested.

Wyoming State fee-**$103.75,** Incorp Doc Prep Fee-**$99**, Registered Agent Service (per year) **$129**, Shipping Fee **$18**

(We can also obtain the EIN for **$69** additional Fee)

Please create an **Online Account with Incorp Services**: Click this link > https://ems.incorp.com/new-account

1. Email the **Account Number** back to me!

2. Please let me know the **"Business Name"** (Corp or LLC)

3. I will generate an unpaid invoice for you to review and remit payment.

You may also contact me at **1-800-246-2677** ext. **6511** if you should have any additional questions.

Regards,


**Mike Bertrand** | Inside Sales

9107 West Russell Road Suite 100, Las Vegas, 89148-1233

800-246-2677 | 702-866-2689 fax | mike.bertrand@incorp.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  if you received this in error, please contact the sender and delete the material from any computer. InCorp is not a law firm and neither InCorp nor its employees provide legal services or legal advice. If legal

advice is required, we recommend that you seek the services of an attorney. For more information, see our [Terms of Service.](#)

---

**From:** Pri F. <[priscila@deprisinc.com](mailto:priscila@deprisinc.com)>
**Sent:** Wednesday, July 23, 2025 1:52 PM
**To:** Mike Bertrand <[Mike.Bertrand@incorp.com](mailto:Mike.Bertrand@incorp.com)>
**Cc:** [mrsj@glow-unique.com](mailto:mrsj@glow-unique.com)
**Subject:** Registering a S Corp for my friend

Hi Mike,

It's Priscila from DePris! I'd like to hire your services again to help register my friend's business and obtain an EIN for her. She's included in this email as well.

She's extremely busy at the moment and has asked me to handle the paperwork and ensure everything is submitted properly on her behalf.

Please let me know what the next steps are. I'm looking forward to working with you again!

Warm regards,

Priscila