# EXHIBIT D

# BANK OF AMERICA

**Welcome to Business Advantage**

New account summary:
Business Advantage Savings Account **334082107400**

000225
Jaimee Munoz
Glow-Unique LLC
2338 Skylake Rd
Sautee Nacoochee GA 30571-2019

Date
September 15, 2025

**Important:**
Please complete these items within 30 days.

Jaimee Munoz:

Thank you for opening your new small business banking account(s). We're honored you've chosen us and look forward to providing you with solutions to help you manage and move your business forward.

# BANK OF AMERICA

**Business Resolution and Authorization for**

**Opening and Maintaining Banking Relationship**

Name of Business  **Glow-Unique LLC**

Account Number  **334082107400**

State where Organized/Registered/Principal Place of Business  _____

TIN  **393597245**

**Business Type:**

☐ Sole Proprietor        ☐ Corporation                    ☒ Limited Liability Company
☐ Partnership            ☐ Unincorporated Association     ☐ Other

1. **Resolved**, that Bank of America (the "Bank") is hereby designated as a depository for the funds of the Business; that any type of deposit account, including without limitation, time, demand, savings, and negotiable order of withdrawal accounts (generally, "Accounts") may be opened and maintained in the name of the Business with the Bank in accordance with the terms of the applicable Deposit Agreement, rules and regulations for such accounts and this Business Resolution and Authorization (the "Resolution"), by any one (1) of the following authorized representatives, officers, employees, partners, members, managers or agents (each an "Authorized Person"):

| Name | Title/Status |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

may, individually, without the Bank obtaining consent from any other Authorized Person, conduct affairs with the Bank on behalf of the Business and in its name; sign and execute any application, agreements and/or other documentation required by the Bank to open Accounts; enter into any agreement on behalf of the Business with the Bank for the provision of Treasury Management or other services related to such Accounts; pledge Accounts as collateral, transfer to or withdraw funds from Accounts through any channel, such as by teller, or instrument, including but not limited to, by check, wire or electronic transfer; enter into special depository agreements and arrangements regarding the manner, conditions or purposes for which funds, checks or items of the Business may be deposited, collected, or withdrawn, and to perform such other acts as they deem reasonably necessary to carry out the provisions of this Resolution; to appoint and delegate, from time to time, such other person(s) who may be authorized to enter into such agreements; and to perform any such other acts as an Authorized Person deems reasonably necessary to carry out the provisions of this Resolution.

2. **Further resolved**, that the Business agrees that laws and regulations that are solely applicable to consumer-purpose deposit accounts, including but not limited to the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) and Regulation E (12 C.F.R. Part 2005), are not applicable to business-purpose accounts (and any related services) that are opened on behalf of, or used by, the Business.

3. **Further resolved**, that the Bank is authorized to honor all instruments for the payment, delivery or exchange of money or property when signed or otherwise authorized by an Authorized Person, regardless of amount, including any amount payable to any Authorized Person, signer or other officer or employees of the Business, without inquiry as to the circumstances of their issue or the application or disposition of their proceeds, and without liability to the Bank, and without obligation on the Bank to inquire whether the same be drawn or required for the corporation's business or benefit.

NNC
RDV 11-01-2021

Page 1 of 2