UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,** )<br>)<br>Petitioner, )<br>)<br>)<br>v. )<br>)<br>**JAIMEE MUÑOZ** )<br>)<br>Defendant. ) | Case No. 4:25-cv-40195 |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 8(a), Plaintiff Priscila Ferreira d/b/a DePris Inc. respectfully opposes Defendant Jaimee Muñoz's Motion to Dismiss the Complaint (Dkt. 11). For the reasons set forth in the accompanying Memorandum of Law, Supplemental Declaration, and attached evidence (Exhibits J-Q), the Motion should be denied in its entirety. The Complaint sufficiently alleges subject matter jurisdiction, states plausible claims upon which relief can be granted, and meets the pleading requirements of Rule 8(a). New rebuttal evidence directly contradicts Defendant's denials.

Dated: January 12, 2026

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the foregoing was served electronically upon all counsel of record filing through the ECF system

/s/ Jonatas Silva

Jonatas Silva
