## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,** ) <br> ) <br> **Petitioner,** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **JAIMEE MUÑOZ** ) <br> ) <br> **Defendant.** ) | **Case No. 4:25-cv-40195** |

**INDEX OF EXHIBITS TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**

The following exhibits are attached to and incorporated by reference in Plaintiff's Opposition to Defendant's Motion to Dismiss the Complaint and Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction. These supplement the prior index (Dkt. 7) and rebut Defendant's claims, focusing on partnership, funding, contributions, and harm. Exhibits are labeled sequentially (J-Q) with brief descriptions and relevance.

Exhibit J: Declaration of Deborah Lecours

      Description: Statement on collaboration, logo creation, funding, joint operations, and lockout. Relevance: Proves Plaintiff's creative/financial role; rebuts sole ownership. Page Count: 4

Exhibit K: Declaration of Paolla Ferreira

      Description: Statement on Zelle payment to Glow-Unique as reimbursement to Plaintiff. Relevance: Confirms shared finances; supports misappropriation. Page Count: 1

Exhibit L: Declaration of Stephen Stumpf

      Description: Statement on tech hiring, joint operations, website build, and lockout. Relevance: Confirms partnership and harm; rebuts "customer only" narrative. Page Count: 14

Exhibit M: Screenshots of Announcements in Glow-Unique

Description: Screenshots of Plaintiff's admin announcements promoting sales. Relevance: Shows co-owner role; supports partnership and jurisdiction. Page Count: 8

Exhibit N: Inventory Email

Description: Email chain on joint inventory decisions and shipment. Relevance: Proves collaboration; supports conversion claims. Page Count: 3

Exhibit O: Muñoz Acknowledgment of Receiving Delivery of Inventory

Description: Communications confirming Defendant's receipt of Plaintiff's funded inventory. Relevance: Evidences joint negotiations; supports misappropriation and TRO urgency. Page Count: 7

Exhibit P: BOA Emails for Glow-Unique Account

Description: Emails showing Plaintiff's account access and shared control. Relevance: Proves financial partnership; supports breach claims. Page Count: 1

Exhibit Q: Involvement with Discord Community as Co-Owner

Description: Screenshots of customer interactions acknowledging Plaintiff's co-owner role. Relevance: Confirms partnership perception; supports defamation and harm. Page Count: 5

These exhibits are true and correct copies of the originals. Total exhibit pages: 43.

Dated: January 12, 2026

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net
Counsel for Plaintiff

# Exhibit J:
## Declaration of Deborah Lecours

**Personal Statement of Deborah Lecours**

In response to the ongoing legal proceedings, I, **Deborah Lecours**, submit the following statement.

I met **Priscila Ferreira** online in early 2024 through Discord communities. Later that year, I began making wholesale purchases from Ms. Ferreira, and over time we developed both a personal and professional relationship. In December 2024, we began working together more closely on sales activities, further solidifying our professional relationship.

In March 2025, we formally decided to join forces and incorporated **DePris Inc.**, a corporation filed in the State of Wyoming. Ownership of the corporation was structured such that I retained **60% ownership**, and Ms. Ferreira retained **40% ownership**.

On April 7, 2025, we officially launched our online store. Ms. Ferreira's primary passion and expertise had always been Korean skincare and K-Beauty products, and we agreed to incorporate this category into our business model. Due to shipping logistics, it was agreed that a portion of the skincare inventory would be housed and shipped from my place of business in Florida, while Ms. Ferreira retained a portion of the inventory at her place of business in Massachusetts. Products were sold and shipped nationwide.

As product demand increased, so did the demands on my time and operational capacity. By July 2025, the strain of managing both my existing product line and the added skincare operations led to conflicts between Ms. Ferreira and myself. After several days of discussion, we

mutually agreed that I was not equipped to continue processing the skincare line in addition to my core business. We therefore agreed to discontinue associating the K-Beauty skincare line with DePris Inc., while otherwise keeping our business relationship intact.

Throughout this period, I was aware of Ms. Ferreira's association with **[Munoz]**. Ms. Ferreira frequently expressed concern regarding issues Ms. Munoz was experiencing within her Discord server, known as SBB. It was my understanding that Ms. Munoz owned the server, but that her partner, referred to as "Jenny," was aggressively dominating shared sales operations. Ms. Ferreira often expressed concern about the emotional toll this situation was taking on Ms. Munoz and conveyed her desire to help her. She frequently encouraged Ms. Munoz to disengage from that server and community and to branch out independently.

I was not personally involved in those matters and have never had any direct conversation with Ms. Munoz, even after welcoming her into my existing online community for the limited purpose of promoting her skincare products.

During the first quarter of 2025, while Ms. Ferreira and I were actively launching DePris Inc., I was aware that Ms. Ferreira was also involved with Ms. Munoz in launching a new beauty-focused Discord server. I recall Ms. Ferreira's enthusiasm as she developed the concept later known as **Glow Unique**. While I cannot attest to which party first conceived the name "Glow Unique," it is my understanding that Ms. Ferreira was solely responsible for the creative development of the associated crown imagery and logo that she presented to Ms. Munoz for use in what was described to me as their partnership.

Ms. Ferreira was solely responsible for all graphic design, branding, and visual concepts for DePris Inc., and I was aware that her creative work was also being applied to the Glow Unique project, as she regularly shared concepts with me for feedback.

In July 2025, Ms. Ferreira instructed me to ship all existing skincare inventory directly to **Haley Orsak**, whom I understood was to serve as the official drop shipper for the new Glow Unique venture.

During this same period, Ms. Ferreira requested that a portion of her initial capital investment in DePris Inc. be used to support her new partnership with Ms. Munoz and the Glow Unique business. This included funds withdrawn from DePris Inc.'s corporate bank account to purchase skincare products on behalf of Glow Unique.

In addition to these financial resources, DePris Inc.'s part-time paid technical assistant, **Stephen Stumpf**, was engaged to secure the Glow Unique domain name, obtain hosting services, and establish the online platform upon which Glow Unique was to conduct business. While Ms. Munoz provided payment for certain expenses, my team performed the technical labor. Mr. Stumpf was solely responsible for building the entire website, troubleshooting technical issues, sourcing and installing plugins, and managing operational problems as they arose. Mr. Stumpf's labor costs were paid by DePris Inc.

All time and effort dedicated to the Glow Unique project necessarily diverted personnel and resources away from the operations of DePris Inc. My team was fully engaged in this work with the understanding that Glow Unique was a partnership between Ms. Ferreira and Ms. Munoz.

In October 2025, I was shocked to learn that Ms. Munoz had unilaterally locked Ms. Ferreira and Mr. Stumpf out of the Glow Unique website, processing platform, and associated bank account, without providing any explanation or prior notice.

---

**Sincerely,**
**Deborah Lecours**
President & CEO
DePris Inc.

---

 Outlook

---

**Personal Statement**

---

**From** Deb at Depris <deb@deprisinc.com>

**Date** Sat 1/10/2026 8:42 PM

**To** Jonatas Silva <jonatas@bragafirm.com>

**Cc** Pri F. <priscila@deprisinc.com>

📎 1 attachment (18 KB)

Personal Statement of Deborah Lecours.docx;

Hi Jon,

I have attached my personal statement.

I was going to try to provide other corroborating information but it is really difficult to keep scrolling through hours and hours of comments to extract a few and try to integrate into the statement.  Thus, I am going to just add a few here:

**Creative Process**

Priscila is the creative genius . I remember how excited she was to work on the Glow-Unique logo for the new partnership/business she was launching with Munoz.  I was happy to find these images Pri shared with me, asking my opinion on which I preferred.

This was 7/21/25









This was her creative process, iteration after iteration.

And this is apparently the website tonight, date stamped, showing that even after all the emails, she persists:



One more, obviously goes even further back in time (Mother's Day)....Pri has ALWAYS been all about crowns.



I am sure there is more.  Do you think you have enough?

Please let me know.

Deb

# Exhibit K:
# Declaration of Paolla Ferreira

To Whom It May Concern,

My name is Paolla Ferreira, and I reside at 2 Ammidon Road, Mendon, Massachusetts.

I am submitting this statement to clarify the nature of a payment I made in connection with this matter. I owed my sister, Priscilla Ferreira, money, and she instructed me to send the payment via Zelle to the Glow-Unique Bank of America account. At the time, my sister was a co-partner and owner of the business, which is why the payment was directed to that account.

I have never met nor had any association with Jaimee Munoz, to my knowledge. My only involvement was sending the payment as instructed by my sister in order to satisfy a personal debt owed to her.

This statement is submitted to accurately reflect my role and the circumstances surrounding that payment.

Respectfully,


Paolla Ferreira
2 Ammidon Road
Mendon, Massachusetts Screenshot of payment to Glow Unique from Paolla Ferreira

## Details

**Print or Save**

| | |
|---|---|
| **Status** | Paid |
| | Zelle® payment |
| **To** | GLOW-UNIQUE LLC |
| | info@glow-unique.com |
| **From** | Adv Relationship Banking - 4308 |
| **Amount** | $1,000.00 |
| **Date** | Aug 20, 2025 |
| **Confirmation #** | k8qwanr3n |

# Exhibit L:

# Declaration of Stephen Stumpf

**Personal Statement of Stephen Stumpf**

In response to ongoing legal proceedings, I, **Stephen Stumpf**, submit the following statement.

I met **Priscila Ferreira (Pri)** in late 2024 through Discord.  I began making purchases from both Pri and **Deborah Lecours**' (**Deb**) offerings.  I also began to become involved in both their communities.  During this time they expressed a need for a "tech savvy" person to help run their Discord Server (and related bots), Purchase Forms and other "customer service" related activities.

In Later 2024 or Early 2025, I reached out and expressed interest in helping with the need they had expressed.  They both agreed to accept me into their team.  I began helping in the aforementioned capacities until sometime in mid to late first quarter 2025 when the need to move to an online store arose.

In April 2025, the online store launched which contained a combination of both Deb's existing product lines as well as additional skincare options offered by Pri.  Products from the Depris online store sold and shipped nationwide.  Skincare inventory was housed and shipped by Deb.

In Mid 2025 (July approx) Deb and Pri decided due to large demand of Deb's product offering and the strain that the skincare business placed on her.

During the same period (early to mid 2025), I became aware of Ms. **Jaimee Munoz** (**Jaimee**) through Pri and Jaimee's want to start her own community centered around skincare as well.

I remember Pri mentioning that we would be inviting Jaimee into the Depris Discord server and would allow her to start building a community of her own along with Pri. This community ended up being called **Glow Unique (GU).**  I am not aware of who originally came up with the GU brand.

Around this same time, Jaimee invited me to her new Discord server, and gave me administrative right to begin configuring it as I had done with the Depris discord server.

On 7/15 I received a message from Pri where she was excited to show me new graphics that she had been working on. (IMG1, IMG2, IMG3, IMG4). Within the next 72 hours, a domain was secured.  I was engaged at that point by Pri to start securing what would be needed to build the GU website (IMG5).  I completed this process using a DePris Credit card and excitedly shared a screenshot of the "Coming Soon" page to Pri on 1/17 (IMG6) as well as additional progress photos (IMG7, IMG8) around the same time.

From this point forward, along with creating all the graphics (branding, promos, etc) for Depris, she was also doing the same work for Glow Unique.  While she created these works, she regularly shared designs with me out of excitement and wanting feedback and criticisms.

During this same time, the decision was made to involve **Haley Orsak (Haley)**, who would be one of the official shippers for the new GU webstore.

Around this time Pri mentioned that she would be requesting her investment money back from Deb to invest with Jaimee in the new GU venture.

I was solely responsible for building the entire website (with the, troubleshooting technical issues, sourcing and installing plugins, and managing operational problems as they arose. I additionally assisted Pri and Jaimee with setting up shipstation for the business.

On 8/5 I received a message from Pri that the paperwork she had submitted to get EIN's for GU had finally been returned to her.

From the start of my involvement it was made clear to me by both Jaimee and Pri that they were partners in this venture. During the next several months while Jaimee was surely involved in operations, a majority of decisions, in my opinion, were made by both parties together, not Jaimee alone.

Pri provided all the graphics for the GU site (with the exception of product photos which were pulled from the manufacturer). Additionally all promotional emails through the Mail Poet platform were written and approved by Pri (along with graphics in those emails). Pri was also very active in the discord community, speaking to both customers and potential customers alike to try to get additional business.

I feel like Jaimee seemed to withdraw and become less involved as time passed.

On October 27, 2025, I woke up to a message from Pri that she was getting errors when trying to access the GU website admin console. I initially dismissed the errors as user error until shortly after I also began experiencing issues. I was additionally removed from all administrative roles in discord without notice. I initially thought we were in the midst of a hack or malicious actor. Content was disappearing from the site, my accounts had been locked or deleted and the site suddenly had a "under construction" page as the default page. With Pri's authorization,

I logged into the hosting account to try to determine what the issue was and reset everyone's passwords to prevent any further malicious actions.

I was able to additionally reset the administrative access to the GU site,and upon logging in it became clear that ALL content had been removed. This included over 150 product listings, all associated images, the design of the site and all customizations that had been done. This included ALL order and related information.

This reset process took several hours to complete. As we were finally getting back into the site, Pri received a message from Jaimee (IMG9) which essentially stated the following -

1 - Jaimee was ending the partnership

2 - Jaimee placed the website in "maintenance mode"

3 - Jaimee and Haley would return all of Pri's products to her as well as pay her back as soon as possible. She additionally asked that if Pri had anything to return it.


At this point I left the shared chat between myself, Pri and Jaimee.

Shortly afterwards Pri and I were banned/kicked from the GU discord. Additionally both our access to the GU shipstation was revoked. I remember Pri mentioning that she had also lost access to the GU bank account.

We were able to recover a small amount of data which was provided to Pri (order type info) as well as the GU mailing list. Shortly after we recovered this data, Jaimee (or someone associated with her) adjusted

the GU Domain DNS registration to point to her new web host which irrevocably took down the old GU store.

Most if not all payments that were  provided to me for work done on GU were done so by Pri.  I cannot recall any payments from GU or Jaimee directly.

Supporting documentation is attached.

---

**Sincerely,**
**Stephen Stumpf**
IT Systems Administrator

---



IMG 1 -



Yeah, I'm going to make it go back and I'm going to separate the pieces so I can play with it in Canva  08:41

I just needed your beautified that crown because I like the five points better than the three  08:42

This one is beautiful  08:42 ✓✓

It sure is  08:42

My only critique  08:42 ✓✓

Is the line that goes straight down between the U  08:43 ✓✓

I get it's supposed to be part of the burst  08:43 ✓✓

But it just looks off  08:43 ✓✓

I did it on purpose  08:43

IMG 2 -



IMG 3 -



IMG 4 -



IMG5 -



IMG6 -



IMG7 -



IMG8 -



Pri Ferreira

Please 13:05

Sure 13:08 ✓✓

I'm going to reset Jaimees password 13:08 ✓✓

For the site 13:08 ✓✓

Omg wtf look at this 13:11

I don't see you on signal 13:11

**Jaimee**

Please call me back. I'm not sure what's going on. This is crazy.

I've thought about what you've said several times regarding this not working, and I agree. The best way to move forward is for Haley and me to return your products. We'll count and pack them up to send this week.

Please return what belongs to me as well. I've placed the website on maintenance mode so we can bring things to a close.

Please provide the invoices for the products you supplied, along with a final invoice for the remaining balance I owe you, as soon as possible so I can pay you.

I greatly appreciate everything you and Steve have done to help me personally and professionally, and it truly saddens me that things have to end this way.

Wow, Jaimee and you just shut down the whole business like that 13:12

This is so crazy 13:12

Wait 13:12 ⌄

WTF 13:12 ✓✓

Message

IMG9 -

# Exhibit M:
# Screenshots of Announcements in Glow-Unique Discord

 Outlook

**Screenshots of my announcements to promote the sales in the Glow-Unique! website in discord community**

**From** Pri F. <priscila@deprisinc.com>
**Date** Sat 1/10/2026 8:28 PM
**To** Jonatas Silva <jonatas@bragafirm.com>
**Cc** Deb at Depris <deb@deprisinc.com>

I would not have been able to make announcements like that to the whole entire community if I was not an admin of the group and had the permission to do so.  All the graphics all the idea, ideas and designs were done by me.
>
> These were all announcements made by me, and the videos I sent from the screen was before she deleted my presence. I had someone take a video for me of all my involvement. I already sent you the invoices.  I will get the bank account. Transfers next that were made to pay for the invoices.  Thank you again for your help. Pri



>

>

>



>

>

>



>

>

>



>
>
>





>

>

>



>

>

>

# Exhibit N:
# Inventory Email

 Outlook

**Inventory sent to shipper from Deb**

**From** Priscila Ferreira <priscilanferreira@icloud.com>
**Date** Sat 1/10/2026 6:58 PM
**To** Jonatas Silva <jonatas@bragafirm.com>
**Cc** Deb at Depris <deb@deprisinc.com>

Hi Jon,

This inventory was sent from Deb to Haily and has not yet been cost evaluated. I asked for permission ahead of time before it was sent.

Jaimee Munoz and I were combining inventory to make shipments more efficient for Glow Unique website sales. Separately, I have a screenshot of Jaimee stating that we needed to get a count of what we had for the Bellmona brand in order to combine it.

The documentation reflects that the inventory was sent with prior permission and that the recipient was aware of and confirmed receipt. This contradicts statements that inventory valued in the tens of thousands of dollars was sent without authorization or to someone who did not know they were receiving it.

I also have confirmation that Haily received the inventory. This is not the inventory I was referring to when I stated that I did not want items returned. The items I did not want back were those I personally paid for, which we made a business decision to purchase in larger quantities for sale to our Discord community. I was only seeking reimbursement, as she had full ability to make sales, and the items remain listed on her website.

Pri



Haley's

Wed, Jul 16 at 7:05 AM

GM

S

Can I send Haily? The products Deb has ?

Or send it to Steve?

I haven't discussed it with her yet. I can today, do you think it's better to send to Steve this batch until we figure out how we are combine everything ?

39



your password is Grandmama2025%

We need to combine my Bellmona stock Gina has with yours

I have some of the same products with her and offers at my house

Trying to reel you back in I'm telling you! She F'd up

# Exhibit O:
# Muñoz Acknowledgment of Receiving Delivery of Inventory

 Outlook

**Jaimee's acknowledgment in receiving delivery of inventory**

**From** Pri F. <priscila@deprisinc.com>
**Date** Sat 1/10/2026 8:18 PM
**To** Jonatas Silva <jonatas@bragafirm.com>
**Cc** Deb at Depris <deb@deprisinc.com>

This section addresses products that were purchased based on joint decisions made by both parties. These purchases were negotiated collaboratively through overseas vendor groups, including WhatsApp vendor-created channels, in which both parties actively participated. These channels were used specifically to negotiate pricing, quantities, and terms for products intended for resale.

Attached screenshots show vendor group conversations confirming joint negotiation and agreement on product purchases. Additional screenshots document her acknowledgment of receipt of the products.

I am seeking reimbursement only for inventory that I personally paid for and that is currently in her possession. As confirmation, please refer to the attached screenshot showing her acknowledgment of receiving the Leaf devices. And many others.   You have previously received the invoice for these items; however, I can provide the invoice again if needed, along with corresponding tracking information confirming delivery.



# Groups in common



## GU Shipping
Jaimee Munoz is also in this group



## Gina Sylvester & Dr. Adams Aes...
Jaimee Munoz is also in this group



## Unboxing
Jaimee Munoz is also in this group



## Devices, red light therapy
Jaimee Munoz is also in this group



## Estraderma
Jaimee Munoz is also in this group



















# Exhibit P:
# BOA Emails for Glow-Unique Account

Proof I had access to my account. I created a transfer of some money from the checking account for future brand product creation. My glow-unique email was the recipient of the communication. Also she said she said she had misplaced debit card and needed to order another. Email confirmation for replacement of debit card ending in 4093. I did all of the documentation. Everything was connected to the info@glow-unique.com for transparency so we could both have access.













# Exhibit Q:

# Involvement with Discord Community as Co-Owner

1/12/26, 11:20 AM
Involvement with discord community as co-owner community members acknowledgment - Jonatas Silva - Outlook

Case 4:25-cv-40195-MRG    Document 16-2    Filed 01/12/26    Page 52 of 57

 Outlook

---

**Involvement with discord community as co-owner community members acknowledgment**

---

From  Pri F. <priscila@deprisinc.com>
Date  Sat 1/10/2026 7:28 PM
To    Jonatas Silva <jonatas@bragafirm.com>
Cc    Deb at Depris <deb@deprisinc.com>

For context, these are examples of my direct interactions with Glow-Unique customers. My involvement included responding to customer emails and support tickets regarding orders, inventory, payment issues, cancellations, and backend order handling.

In addition, members of the Glow-Unique Discord community regularly contacted me directly for guidance on purchasing, order issues, and next steps when the website was unavailable. In those communications, customers acknowledged me as part of Glow-Unique's ownership and operations, not merely a community participant.

I also have an email provided by a customer (Jodi) concerning a JotForm order placed in May 2025, reflecting direct customer communication with me regarding a Glow-Unique purchase during that period.

8:17    LTE

 **HealthCat**

July 18, 2025

 **HealthCat**  7/18/25, 3:17 PM
Hello...is there a new server?

 🌶️ 🔥 **PRI** 💜 **DPB**  7/18/25, 6:35 PM
No, there is not.

 **HealthCat**  7/18/25, 7:35 PM
Ok. Thank you. Have a great weekend ❤️

❤️ 1

 🌶️ 🔥 **PRI** 💜 **DPB**  7/18/25, 7:39 PM
You as well!

September 17, 2025

 **HealthCat**  9/17/25, 8:50 AM
Good morning. I hope all is well. Quick question, was the free shipping on Glow-Unique only for thr weekend of the site launch?

September 18, 2025

 🌶️ 🔥 **PRI** 💜 **DPB**  9/18/25, 8:03 AM
Yes! We offer ups air 2 day shipping.

❤️ 1

September 30, 2025

 **HealthCat**  9/30/25, 4:25 PM
Hi. I hope all is well. Do you no longer carry prostamax?

🌶️ 🔥 **PRI** 💜 **DPB**  9/30/25, 7:19 PM
No we do

Jump to Message

53



← 🌀 **EyeSpy** ›    📞 📹 🔍

**EyeSpy** 🏹 RT  11/16/25, 9:51 PM
Does the new Glow Unique have the Bellmona Tox cream that I had gotten with you at Depris? I went to the site but couldn't find the password to get in. And I saw the order form is being worked on.

🌶️🔥 **PRI** 💜 DPB  11/16/25, 9:53 PM
I do have the tox cream.  It's deprisbeauty.com.  I will have the website fully opened in a day or two. DePris got nuked again so we are rebuilding

**EyeSpy** 🏹 RT  11/16/25, 10:01 PM
Ok. Sounds good. I will have to get back with you for the new invite. Though I may be on the mailing list

🌶️🔥 **PRI** 💜 DPB  11/16/25, 10:02 PM
https://discord.gg/deprisbeauty

**DePris-Beauty** 🏵️
🟢 121 Online  ⚫ 1,036 Members
Est. Nov 2025

**Go to Server**

**EyeSpy** 🏹 RT  11/16/25, 10:05 PM
Perfect! Thanks! I am in and reverified now.

Once you have the website back up, I will have an order

＋ ❖ 🎁  Message @EyeSpy  🙂 🎤

### Shipra Chadda
Active now

Hi Gm



also what skin care you have in stock ?

I can take some off from your hands

I did not. I'm really sorry I have been really busy and none of the gun trying to build the new website.



I asked jamie , she is still figuring too

And the vitamin is on backorder like I thought. So I did not order any.

❤️

I can understand



you both were killer combo , but I will support you both as I really liked you both



↩ Shipra replied to you



And the vitamin is on backorder like I thought. So I did not order any.

order when ever gets in stock

 **TinamBird**
99

August 29, 2025

 **TinamBird**  8/29/25, 3:04 PM
Are we able to create an account with glow-unique yet? Or do we need to wait? I wanna make sure I'm jumping off to see what you have when it opens.

💙 1

 🌶️🔥 **PRI**  💜 **DPB**  8/29/25, 3:23 PM
Not yet, but we have a lot of stuff lol we were in a meeting yesterday until 11 PM. We have over 160 items and we're not even finished. We are going to be opening up early tomorrow.

😂

 **TinamBird**  8/29/25, 3:35 PM
I just wanted to make sure!!!

💙 1

 🌶️🔥 **PRI**  💜 **DPB**  8/29/25, 5:47 PM
Well, you were not the only one that messaged me so we decided to open the store today since we've been working hard and it was ready. Let me know if there is any issues. I'm happy to help.

❤️ 1

November 17, 2025

 🌶️🔥 **PRI**  💜 **DPB**  11/17/25, 7:04 AM
https://discord.gg/deprisbeauty

Jump to Message

56

CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the foregoing was served electronically upon all counsel of record filing through the ECF system

/s/ Jonatas Silva

Jonatas Silva