UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,**<br><br>Petitioner,<br><br>v.<br><br>**JAIMEE MUÑOZ**<br><br>Defendant. | Case No. 4:25-cv-40195 |

**PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff replies to Defendant's Opposition (Dkt. 13): Defendant's denials fail under the four-factor test. New evidence rebuts sole ownership (Supplemental Decl. rebutting Muñoz Decl.; Exhibits J (Lecours on collaboration/logo), K (Paolla funding), L (Stumpf tech/joint ops), M (announcements), N (inventory email), O (acknowledgment), P (BOA access), Q (community role)). Ongoing harm persists (Exhibit N sales); relief warranted.

Dated: January 12, 2026

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the foregoing was served electronically upon all counsel of record filing through the ECF system

/s/ Jonatas Silva

Jonatas Silva