UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRISCILA FERREIRA d/b/a DEPRIS INC.,**<br><br>Petitioner,<br><br>v.<br><br>**JAIMEE MUÑOZ**<br><br>Defendant. | Case No. 4:25-cv-40195 |

### PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

#### I. INTRODUCTION

Defendant's Motion to Dismiss relies on a disputed narrative contradicted by Plaintiff's evidence. Accepting the Complaint's facts as true (FRCP 12(b)(6)), and considering rebuttal declarations/exhibits (J-Q), Plaintiff has established jurisdiction, plausible claims, and sufficient pleadings. The Motion should be denied.

#### II. FACTUAL BACKGROUND

(See Complaint, initial Declaration (Dkt. 3-3), Supplemental Declaration attached hereto, and Exhibits J-Q.) Plaintiff funded/created Glow-Unique with over $50,335 unreimbursed (Exhibits B-G, K (Paolla payment), P (BOA access)). Partnership implied by joint ops (Exhibit A; Supplemental Decl. ¶¶ 2-10 rebutting Muñoz Decl.; Exhibit J (Lecours on logo/collaboration); Exhibit L (Stumpf on tech/website); Exhibit O (Muñoz inventory acknowledgment); Exhibit N

(inventory email)). Community viewed Plaintiff as co-owner (Exhibit Q (involvement); Exhibit M (announcements)). Defamation/sales continue (Exhibit G; new harm in Supplemental Decl.).

### III. LEGAL STANDARD

Under FRCP 12(b)(6), dismissal improper if plausible (Ashcroft v. Iqbal, 556 U.S. 662 (2009)). For 12(b)(1), presume jurisdiction (Bell v. Hood, 327 U.S. 678 (1946)). Rule 8(a) requires short statements (Swierkiewicz v. Sorema N.A., 534 U.S. 506 (2002)).

### IV. ARGUMENT

A. Jurisdiction Exists (Opposing 12(b)(1)) Federal question (Lanham Act, 28 U.S.C. §§ 1331, 1338(a)); diversity satisfied. Personal jurisdiction per M.G.L. c. 223A § 3: Interstate harm to MA business (Boston Duck Tours v. Super Duck Tours, 531 F.3d 1 (1st Cir. 2008)). Evidence shows nationwide impact (Exhibits M (announcements), Q (community interactions)).

B. Claims Are Plausibly Stated (Opposing 12(b)(6)) - Lanham Act: Prior use/rights (Boston Athletic Ass'n v. Sullivan, 867 F.2d 22 (1st Cir. 1989)); confusion (Exhibits B, C, J (logo pics/rebuttals)). - Defamation: False harm (Noonan v. Staples, 556 F.3d 20 (1st Cir. 2009); Exhibit G; rebutted per Supplemental Decl. ¶ 8). - Breach/Conversion/Unjust Enrichment: Partnership by conduct (Katz v. Belveron, 28 F.4th 300 (1st Cir. 2022); Exhibits A, B-G, J-L (statements), N-O (inventory), P (access)). - Unfair Competition: Deceptive acts (Baker v. Wilmer Cutler, 91 Mass. App. Ct. 835 (2017)).

C. Pleading Meets Rule 8(a) Fair notice with specifics (Swierkiewicz, supra); rebuttals clarify (Exhibits J-Q).

V. CONCLUSION Deny the Motion.

Dated: January 12, 2026

/s/ Jonatas Silva

Jonatas Silva, Esq.
BBO No. 704254
Solomon's Advisors LLC
200 Walnut Street. Ste 1
Saugus, MA 01906
(857) 891-3628
Jonatas@solomonsadvisors.net

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the foregoing was served electronically upon all counsel of record filing through the ECF system

/s/ Jonatas Silva

Jonatas Silva