UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRISCILA FERREIRA, d/b/a DEPRIS INC., <br><br> Plaintiff, <br><br> v. <br><br> JAIMEE MUÑOZ, <br><br> Defendant. | Civil Action No. 4:25-cv-40195-MRG |

## NOTICE OF APPEARANCE

Please notice my appearance as counsel for Defendant Jaimee Muñoz in the above-captioned case.

                                        Respectfully submitted,

                                        */s/ Daniel J. Cloherty*
                                        Daniel J. Cloherty (BBO #565772)
                                        dcloherty@clohertysteinberg.com
                                        CLOHERTY & STEINBERG LLP
                                        One Financial Center, Suite 1120
                                        Boston, MA 02111
                                        617-481-0160

Dated: January 13, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served electronically upon all counsel of record filing through the ECF system on January 13, 2026.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty
